# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Center for Biological Diversity,<br><br>Plaintiff<br><br>v.<br><br>U.S. Fish and Wildlife Service, et al.,<br><br>Defendants | Case No. 2:25-cv-01174-CDS-NJK<br><br>**Order Deferring Ruling on<br>Cossio's Verified Petition**<br><br>[ECF No. 7] |

I defer ruling on Camila Cossio's verified petition to practice pro hac vice (ECF No. 7) for two reasons. First, it is unclear whether designated resident Nevada counsel, Megan Ortiz, maintains an office in Nevada. Under this district's Local Rules, an attorney who is admitted to practice in Nevada but who does not maintain an office in Nevada must associate a licensed Nevada attorney maintaining an office. LR IA 11-1(b)(1) ("A post office box or mail-drop location does not constitute an office under this rule."); LR IA 11-1(b)(2).

The petition also indicates that the Center for Biological Diversity appoints Ortiz as its designated resident Nevada counsel in this case. *Id.* at 5. Ortiz also signs as the representative of the Center for Biological Diversity. *Id.* In essence, Ortiz is retaining herself as counsel. Thus, counsel is advised to either obtain the signature of an alternate representative of the Center for Biological Diversity who may appoint Ortiz as its designated resident counsel or provide the court with some authority which permits Ortiz to retain herself as counsel.

Counsel is advised to correct these deficiencies by filing an amended petition using the "Notice of Corrected Image/Document" event to link it to the existing filing by July 21, 2025. Failure to do so may result in denial of the verified petition.

Dated: July 10, 2025

_____
Cristina D. Silva
United States District Judge