IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE, *et al.*,<br><br>Defendants. | Case No. 2:25-CV-01174-CDS-NJK<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT** |

Having reviewed Defendants' unopposed motion for an extension of time to file a response to Plaintiff's complaint, and for good cause shown, the Court **GRANTS** Defendants' motion and hereby **ORDERS** that Defendants' answer or other response to Plaintiff's complaint is continued until October 22, 2025.

IT IS SO ORDERED.

Dated: __September 8___, 2025

_____
Nancy J. Koppe
United States Magistrate Judge