IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

CENTER FOR BIOLOGICAL DIVERSITY,

    Plaintiff,

v.

UNITED STATES FISH AND
WILDLIFE SERVICE, *et al.*,

    Defendants.

Case No. 2:25-CV-01174-CDS-NJK

## ORDER

Upon consideration of Defendants' unopposed motion for a 45-day extension of their responsive pleading deadline, and for good cause shown, the Court **GRANTS** Defendants' motion and **ORDERS** that Defendants' deadline to answer, or otherwise respond to, Plaintiff's complaint be extended by 45 days to January 28, 2026.

IT IS SO ORDERED.

Dated: December 10, 2025

By: _____

THE HON. NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE