**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

CENTER FOR BIOLOGICAL DIVERSITY,

Plaintiff,

v.

UNITED STATES FISH AND
WILDLIFE SERVICE, *et al.*,

Defendants.

Case No. 2:25-CV-01174-CDS-NJK

**ORDER**

Upon consideration of the parties' joint motion for an extension of Defendants' responsive pleading deadline, and for good cause shown, the Court **GRANTS** the parties' motion and **ORDERS** that Defendants' deadline to answer, or otherwise respond to, Plaintiff's complaint be extended to May 28, 2026. Docket No. 21. No further extensions will be granted.

IT IS SO ORDERED.

Dated: January 27, 2026                    By:_____

**THE HON. NANCY J. KOPPE**
**UNITED STATES MAGISTRATE JUDGE**