**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

CENTER FOR BIOLOGICAL DIVERSITY,

Plaintiff

v.

U.S. FISH AND WILDLIFE SERVICE, et al.,

Defendants

Case No. 2:25-cv-01174-CDS-NJK

**Order Granting Joint Motion to Enter Settlement Agreement**

[ECF No. 28]

The Court hereby **GRANTS** the parties' [ECF No. 28] joint motion to enter settlement agreement, with the terms of the agreement [ECF No. 28-2] incorporated into this order. It is therefore ordered that the plaintiffs' complaint is **DISMISSED** with prejudice. The Clerk of Court is kindly instructed to close this case.

Dated: October 16, 2026

Cristina D. Silva
United States District Judge